UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
RADIO MUSIC LICENSE COMMITTEE, INC.,                                   :
:
                      Petitioner,                         :
:    22 Civ. 5023 (JPC)
     -v-                                                              :
:    <u>ORDER</u>
:
AMERICAN SOCIETY OF COMPOSERS, AUTHORS                                 :
AND PUBLISHERS, *et al.*,                                              :
:
                      Respondents.                       :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Respondent Broadcast Music, Inc. ("BMI") has filed a Notice of Application for Construction of BMI's Consent Decree and Request for Mandatory Stay. *See* Dkts. 24 ("Application"), 25. By July 18, 2022, Petitioner shall respond to the Application. By that same date, Respondent American Society of Composers, Authors and Publishers may, but is not required to, file a letter outlining its views on the Application.

       SO ORDERED.

Dated: July 11, 2022
       New York, New York
                                                       JOHN P. CRONAN
                                                       United States District Judge