UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
RADIO MUSIC LICENSE COMMITTEE, INC.,               :
:
Petitioner,            :
:   22 Civ. 5023 (JPC)
-v-                                  :
:   ORDER
:
AMERICAN SOCIETY OF COMPOSERS, AUTHORS             :
AND PUBLISHERS, *et al.*,                          :
:
Respondents.           :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Respondent Broadcast Music, Inc. ("BMI") has filed a Notice of Application for Construction of BMI's Consent Decree and Request for Mandatory Stay. *See* Dkts. 24 ("Application"), 25. By July 18, 2022, Petitioner shall respond to the Application. By that same date, Respondent American Society of Composers, Authors and Publishers may, but is not required to, file a letter outlining its views on the Application.

SO ORDERED.

Dated: July 11, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge