UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC.,<br><br>Petitioner,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS; AND BROADCAST MUSIC, INC.,<br><br>Respondents. | 1:22-cv-5023 (JPC)<br><br>*Related to United States of America vs. Broadcast Music, Inc.*, (S.D.N.Y. 1964) 64-3787 (LLS) |

### [PROPOSED] ORDER STAYING ALL PROCEEDINGS

Having considered Respondent Broadcast Music, Inc.'s ("BMI") Notice of Application for Construction of BMI's Consent Decree and Request for Mandatory Stay Pursuant to 28 U.S.C. § 137(b)(2), it is hereby **ORDERED** that, pursuant to 28 U.S.C. § 137(b)(2), the entirety of this proceeding is hereby stayed until final resolution of BMI's Application for Construction of Broadcast Music, Inc.'s Consent Decree Pursuant to Article XIII of the Decree and 28 U.S.C. § 137(b)(2), currently pending before the Hon. Louis L. Stanton in the matter captioned *United States of America vs. Broadcast Music, Inc.*, (S.D.N.Y. 1964) 64-3787.

The Clerk of the Court is respectfully directed to stay this case.

IT IS SO ORDERED.

Dated: July 19, 2022
New York, New York

_____
Honorable John P. Cronan
United States District Judge