UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC.,<br><br>Petitioner,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS; and BROADCAST MUSIC, INC.,<br><br>Respondents. | No. 1:22-cv-05023-JPC |

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon my annexed declaration, and subject to the approval of the Court, Eric Alan Stone hereby withdraws as counsel for Respondent the American Society of Composers, Authors and Publishers ("ASCAP") and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. I am a partner at Paul, Weiss, Rifkind, Wharton & Garrison LLP and will continue to represent ASCAP in this proceeding.

Dated: New York, New York
       November 30, 2022

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:    */s/ Jay Cohen*
         Jay Cohen

1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
Email: jaycohen@paulweiss.com

*Attorneys for the American Society of Composers, Authors and Publishers*

SO ORDERED:
Date: December 1, 2022
New York, New York

                JOHN P. CRONAN
            United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC.,<br><br>Petitioner,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS; and BROADCAST MUSIC, INC.,<br><br>Respondents. | No. 1:22-cv-05023-JPC |

### DECLARATION OF JAY COHEN

I, Jay Cohen, declare and state as follows:

1. I am a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Respondent the American Society of Composers, Authors and Publishers ("ASCAP"). I submit this declaration in compliance with Local Rule 1.4 to notify the Court that Eric Alan Stone is withdrawing as counsel for ASCAP because he left the employ of Paul, Weiss.

2. I will continue to represent ASCAP in this proceeding.

3. Mr. Stone's withdrawal will not delay the matter or prejudice any party.

4. Mr. Stone is not asserting a retaining or charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         November 30, 2022

                                        /s/ Jay Cohen
                                        Jay Cohen

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on November 30, 2022, I caused a true and correct copy of the foregoing to be served on all parties to this litigation via the CM/ECF system, and upon Clara Kim, Esq., Executive Vice President, Chief Legal & Business Affairs Officer, American Society of Composers, Authors and Publishers, by email.

Dated: New York, New York
    November 30, 2022

                     */s/ Jay Cohen*
                       Jay Cohen