UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
        :
RADIO MUSIC LICENSE COMMITTEE, INC.,  :
        :
        Petitioner,  :
        :  22 Civ. 5023 (JPC)
   -v-  :
        :  <u>ORDER</u>
AMERICAN SOCIETY OF COMPOSERS, AUTHORS  :
AND PUBLISHERS *et al.*,  :
        :
        Respondents.  :
        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      For the reasons stated on the record at the telephonic conference held earlier today, Respondent American Society of Composers, Authors and Publishers is dismissed without prejudice. The Court grants Petitioner Radio Music License Committee, Inc. ("RMLC") leave to amend its petition against Respondent Broadcast Music, Inc. ("BMI") by August 10, 2023. By August 17, 2023, RMLC and BMI shall file a joint letter proposing deadlines for discovery, or setting forth their respective positions if there are any areas of disagreement.

      SO ORDERED.

Dated: August 3, 2023
      New York, New York
                                       JOHN P. CRONAN
                                     United States District Judge