UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC.,<br><br>    *Petitioner*,<br><br>v.<br><br>BROADCAST MUSIC, INC.<br><br>    *Respondent*. | 1:22-cv-05023 (JPC)<br><br>*Related to United States v. Broadcast Music, Inc., 64 Civ. 3787 (LLS)* |

## ORDER MODIFYING SCHEDULING ORDER (DKT. 48)

The Court, having considered the parties' Joint Letter Motion to Modify Scheduling Order filed on April 26, 2024 and, for good cause shown, hereby GRANTS the motion.

IT IS HEREBY ORDERED:

The Scheduling Order (Dkt. 48) shall be amended as follows. All other provisions of the Scheduling Order shall remain in place.

1. Fact Discovery

    a. All fact discovery including Interrogatories, Requests for Admission, document production, and discovery from non-party fact witnesses, shall be completed no later than **June 21, 2024**.

    b. Depositions shall be completed by **June 21, 2024**.

2. Expert Discovery

    a. All expert discovery, including expert depositions, shall be completed no later than **October 7, 2024**.

    b. Expert reports, with all documents required to be produced pursuant to Rule 26(a)(2)(B) are to be exchanged on or before **July 29, 2024**.

    c. Expert rebuttal reports are to be exchanged on or before **September 16, 2024**.

3. All discovery must be completed by **October 7, 2024**.

4. The parties shall submit a joint status letter to the Court no later than **October 14, 2024** advising the Court as to whether the parties request a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed mediation program, whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion. In the event any party plans to file a postdiscovery motion, the joint status letter will satisfy the Court's pre-motion letter requirement.

5. Unless otherwise ordered by the Court, within thirty (30) days after the close of discovery or, if a dispositive motion has been filed, within thirty (30) days of a decision on such motion, the parties shall submit a proposed Joint Pretrial Order prepared in accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure and 7.B of the Court's Individual Rules and Practices in Civil Cases. The parties shall follow the Court's Individuals Rules and Practices in Civil Cases for any submissions that must be made at the time of the Joint Pretrial Order, including any motions in limine.

6. The parties shall be ready for trial as of four (4) weeks following the deadline for the proposed Joint Pretrial Order.

DATED:  April 29, 2024

                                                                        JOHN P. CRONAN
                                                                       United States District Judge

The Clerk of Court is respectfully directed to close Docket Number 55.