**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RADIO MUSIC LICENSE COMMITTEE,
INC.,

     *Petitioner*,

v.

BROADCAST MUSIC, INC.

     *Respondent.*

1:22-cv-05023 (JPC)

*Related to United States v. Broadcast Music, Inc., 64 Civ. 3787 (LLS)*

<u>**ORDER MODIFYING SCHEDULING ORDER (DKT. 48)**</u>

The Court, having considered the parties' Joint Letter Motion to Modify Scheduling Order filed on July 1, 2024 and, for good cause shown, hereby GRANTS the motion.

IT IS HEREBY ORDERED:

The Scheduling Order (Dkt. 48) shall be amended as follows. All other provisions of the Scheduling Order shall remain in place.

1. <u>Fact Discovery</u>

   a. All fact discovery including Interrogatories, Requests for Admission, document production, and discovery from non-party fact witnesses shall be completed no later than **July 16, 2024,** unless subject to a pending or forthcoming motion to compel.

   b. Subject to Paragraph 1.a., production will occur on a rolling basis, to be completed by **July 16, 2024**.

   c. Depositions shall be completed by **September 27, 2024**.

2. <u>Expert Discovery</u>

    a. All expert discovery, including expert depositions, shall be completed no later than **January 29, 2025**.

    b. Expert reports, with all documents required to be produced pursuant to Rule 26(a)(2)(B), are to be exchanged on or before **November 8, 2024**.

    c. Expert rebuttal reports are to be exchanged on or before **December 19, 2024**.

3. All discovery must be completed by **January 29, 2025**. The parties shall submit a joint status letter to the Court no later than **February 7, 2025** advising the Court as to whether the parties request a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed mediation program, whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion. In the event any party plans to file a post discovery motion, the joint status letter will satisfy the Court's pre-motion letter requirement.

4. Unless otherwise ordered by the Court, within thirty (30) days after the close of discovery or, if a dispositive motion has been filed, within thirty (30) days of a decision on such motion, the parties shall submit a proposed Joint Pretrial Order prepared in accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure and 7.B of the Court's Individual Rules and Practices in Civil Cases. The parties shall follow the Court's Individual Rules and Practices in Civil Cases for any submissions that must be made at the time of the Joint Pretrial Order, including any motions *in limine*.

5. The parties shall be ready for trial as **of four (4) weeks** following the deadline for the proposed Joint Pretrial Order.

6. Counsel for the parties have conferred and their best estimate of the length of trial is
**three (3) weeks.**

DATED: July 2, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

The Clerk of Court is respectfully directed to close Docket Number 59.