USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Radio Music License Committee, Inc.,

                        Petitioner,

-against-

Broadcast Music, Inc.,

                        Respondent.

1:22-cv-05023 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

For the reasons stated on the record during the telephone conference today, BMI's request contained in its letter filed on September 6, 2024 (Def.'s 9/6/24 Ltr. ECF No. 92), for an Order clarifying the Court's September 1, 2024 Opinion and Order (9/1/24 Op. & Order, ECF No. 89) is DENIED.

Having been apprised that BMI intends to file a motion for reconsideration with respect to the Court's September 1, 2024 Opinion and Order, it is hereby ORDERED as follows:

1. No later than September 16, 2024, BMI shall file any such motion for reconsideration.

2. No later than September 23, 2024, any opposition to BMI's motion for consideration shall be filed.

3. No later than September 26, 2024, BMI shall file any reply.

4. The deadline by which counsel for Milbank must file a certification or certifications consistent with the September 1, 2024 Opinion and Order is continued *sine die*.

Dated: New York, New York
September 10, 2024

_____
**STEWART D. AARON**
**United States Magistrate Judge**

2