UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Radio Music License Committee, Inc.,

                    Petitioner,

-against-

Broadcast Music, Inc.,

                    Respondent.

1:22-cv-05023 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

    Following a telephone conference with the parties and Intervenor Global Music Rights, LLC, and for the reasons stated on the record, it is hereby Ordered that Respondent's motion for reconsideration (ECF No. 102) is denied.

Dated:    New York, New York
            October 2, 2024

_____
**STEWART D. AARON**
**United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2024