UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Radio Music License Committee, Inc.,

                      Petitioner,

-against-

Broadcast Music, Inc.,

                      Respondent.

1:22-cv-05023 (JPC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

    It is hereby Ordered that, no later than October 24, 2024, the parties and non-party Global Music Rights, LLC ("GMR") shall file a joint letter setting forth a proposed schedule for compliance with the Court's September 1, 2024 Order. The joint letter shall include a deadline for any Certifying Milbank Counsel to file the required declarations (*see* 9/1/2024 Order, ECF No. 89, at 11) and a deadline for Petitioner to complete production of the requested discovery, as defined in the September 1, 2024 Order. (*See id*. at 7, 11.)

Dated:     New York, New York
              October 17, 2024

                                                  _____
                                                  **STEWART D. AARON**
                                                  **United States Magistrate Judge**