# Milbank

**ATARA MILLER**

*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5421
amiller@milbank.com  |  milbank.com

June 6, 2025

**BY ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Radio Music License Committee, Inc. v. Broadcast Music, Inc.*, 1:22-cv-05023-JPC

Dear Judge Cronan:

      We represent Broadcast Music, Inc. ("BMI") in the above-referenced action.  We write jointly with the Radio Music License Committee, Inc. ("RMLC") pursuant to the Court's February 10, 2025 Order ("February 10 Order").  *See* ECF 160 ¶ 2.  In accordance with the Court's February 10 Order, the parties advise that they have no preference between referral to Judge Aaron for a settlement conference or to the court-annexed mediation program.  The parties further advise that neither party intends to file a post-discovery motion.

      Respectfully submitted,

      /s/ *Atara Miller*

      Atara Miller

cc:    All counsel of record

Counsel for both parties shall appear before the undersigned on June 12, 2025 at 3:00 p.m. for a teleconference to discuss trial logistics.  Unless the Court orders otherwise, the Court will conduct the teleconference on Webex.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

If the parties would like to request a settlement conference with Judge Aaron, they shall file any request in accordance with his practices.

SO ORDERED.
Date: June 9, 2025
New York, New York

JOHN P. CRONAN
United States District Judge