# Milbank

**ATARA MILLER**

*Partner*

55 Hudson Yards | New York, NY 10001-2163

T: 212.530.5421

amiller@milbank.com | milbank.com

July 28, 2025

**BY ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request is granted. The deadline for the parties to file a joint status letter is extended to August 11, 2025. The Clerk of Court is respectfully directed to close Docket Number 165.
>
> SO ORDERED.
> Date: July 29, 2025
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

Re:   *Radio Music License Committee, Inc. v. Broadcast Music, Inc.*, 1:22-cv-05023-JPC

Dear Judge Cronan:

We represent Broadcast Music, Inc. ("BMI") in the above-referenced action. We write jointly with the Radio Music License Committee, Inc. ("RMLC") pursuant to the Court's June 16, 2025 instruction that the parties provide a status letter by July 28, 2025. The Parties request a brief two-week extension of time to provide a status update.

Respectfully submitted,

/s/ *Atara Miller*

Atara Miller

cc:   All counsel of record