Milbank

**ATARA MILLER**

*Partner*

55 Hudson Yards | New York, NY 10001-2163

T: 212.530.5421

amiller@milbank.com | milbank.com

August 18, 2025

**BY ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Radio Music License Committee, Inc. v. Broadcast Music, Inc.*, 1:22-cv-05023-JPC

Dear Judge Cronan:

We represent Broadcast Music, Inc. ("BMI") in the above-referenced rate court proceeding. We write on behalf of BMI and the Radio Music License Committee, Inc. ("RMLC") to inform the Court that BMI and the RMLC have reached an agreement to resolve this matter with respect to the license rate that commercial broadcast radio stations should pay BMI for the public performance of works in its repertoire. The agreed-upon rates and terms are reflected in a new BMI 2022-2029 Radio Station Blanket/Per Program License Agreement for the period January 1, 2022 through December 31, 2029 (the "BMI-22 Radio License"), and the accompanying side letter.

Consistent with past practice,[1] BMI and the RMLC are jointly submitting a proposed settlement order, which the Parties respectfully request that the Court enter. In addition to the form license which will be provided to each individual station and/or station group, the proposed settlement order includes a list of "Bound Stations," which shall be deemed to be licensed under the BMI-22 Radio License. The Bound Stations are commercial broadcast radio stations that have either (i) signed the 2022 extension agreement of the prior final license agreement between BMI and the RMLC or (ii) have given the RMLC authorization to negotiate and/or litigate with BMI for a license to publicly perform the works in BMI's repertoire.

---

[1] *See, e.g.*, ECF 131, *Radio Music License Committee, Inc. v. Broadcast Music, Inc.*, No. 18-cv-4420 (S.D.N.Y. 2018); ECF 59, *Withers Broadcasting Co. of Illinois, LLC et al. v. Broad. Music, Inc.*, No. 10-cv-4779 (S.D.N.Y. 2010); ECF 86, *WPIX, Inc., et al. v. Broadcast Music, Inc.*, No. 09-cv-10366 (S.D.N.Y. 2009).

The Parties are available to answer any questions that the Court may have regarding the proposed settlement order at the conference scheduled for September 3, 2025.

Respectfully submitted,

/s/ *Atara Miller*

Atara Miller

cc: All counsel of record